James J. Maloney & Edward B. Cunningham d/b/a Maloney, Cunningham & Devic, Plaintiffs-Appellants, v. Crest Finance Co., Inc., an Illinois Corporation, Defendant-Appellee.

Gen. No. 48,812.

First District, Third Division.
February 20, 1963.

Cunning-ham, Coughlin & Goldstein, of Chicago, for appellants; Rappaport, Clorfene & Rappaport, of Chicago (Hamilton Clorfene, of counsel), for appellee. Opinion by MR. JUSTICE McCORMICK. Not to be published in full.